**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio Mauricio AVELAR,**
**Defendant–Appellant.**

No. 09–50193.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 26, 2010.

Aaron B. Clark, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Timothy Robert Garrison, Trial, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Antonio Mauricio Avelar appeals from the 18–month sentence imposed following revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for plain error, *United States v. Hammons,* 558 F.3d 1100, 1103 (9th Cir. 2009), and we affirm.

Avelar contends that the district court procedurally erred when it failed to address applicable section 3553 factors and the reasons for imposing a particular sentence. The record reflects that the district court adequately explained the reasons for the sentence, including stating the applicable Sentencing Guidelines range. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc); *Rita v. United States,* 551 U.S. 338, 358–59, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.